IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Cameron Taylor
      Charity Taylor
                Debtors,                   Case No. 18-40422-13

## MOTION TO DECONSOLIDATE CASE

COMES NOW, Joseph I. Wittman, attorney for Charity Taylore, and moves the court for an order to deconsolidate the above case and in support thereof states as follows:

1. The above case was filed on April 24, 2018, as a joint case.

2. Since the filing of the bankruptcy the debtor and his wife are divorcing. Charity Taylor wants to convert her case to Chapter 7.

3. The case should be deconsolidated so that Charity can convert her case to a Chapter 7.

4. No notice of the deconsolidation is necessary. The appropriate filing fee was paid upon the filing of the motion.

WHEREFORE, the debtor requests that her case be deconsolidated from her husband's case and assigned a new case number and for any other relief the Court deems just and equitable.

                                                        s/Joseph I. Wittman
                                                 Joseph I. Wittman #10280
                                                 112 SW 6th Street - Suite 508
                                                 Topeka, KS 66603-3810
                                                 (785) 234-3663
                                                 Wittmanlawoffice@wittman.kscoxmail.com

## CERTIFICATE OF SERVICE

I, the undersigned is to certify that on this _19th__ day of February, 2020, a copy of the foregoing pleading was served through the Notice of Electronic Filing for parties and counsel who are filing users, and by first class postage prepaid by US Mail and by email to Cameron Taylor 4005 SW 21st Apt 1, Topeka, KS 66604 and to Charity Taylor, 764 SE Ridgeview Dr., Topeka, KS 66699.

                                                 s/ Joseph I. Wittman
                                                 Joseph I. Wittman